UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY S. GARNER,<br><br>    Defendant. | Case No. 05-cr-40056-JPG-01 |

## ORDER

This matter comes before the Court on the defendant's *pro se* motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 38). The defendant filed this motion *pro se*, although he is represented by the Federal Public Defender in connection with a potential sentence reduction under § 3582(c)(2). A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). "The right to representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). Therefore, the Court **ORDERS** the defendant's *pro se* motion (Doc. 38) be **STRICKEN**.

**IT IS SO ORDERED.**
**DATED: January 5, 2009**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**